**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Roman N.,

Petitioner,

v.

Donald J. Trump, *in his official capacity as President of the United States*; Kristi Noem, *in her capacity as Secretary of the United States Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*; Pamela Bondi, *in their official capacity as Attorney General of the United States*; and David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*,

Respondents.

Civ. No. 26-282 (JWB/DLM)

**ORDER ON MOTION TO VACATE**

---

Graham Blair Ojala-Barbour, Esq., and Sara Larson Glesne, Esq., Ojala-Barbour Law Firm; and E. Michelle Drake, Esq., Berger Montague PC, counsel for Petitioner.

Ana H. Voss, Esq., United States Attorney's Office, counsel for Respondents.

---

The Parties filed a Consent Motion to Vacate on January 23, 2026. (Doc. No. 9.) This matter became moot before the Order on Petition for Writ of Habeas Corpus (Doc. No. 7) was issued on January 17, 2026 because Petitioner Roman N. had already been released from custody earlier that day (*see* Doc. No. 11-1).

As no justiciable controversy currently exists for this Court to adjudicate, this

matter is closed without further proceedings.

**ORDER**

Based on the foregoing, and on all the files, records, proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The Consent Motion to Vacate the January 17, 2026 Order (Doc. No. 9) is **GRANTED**.

2. The Order on Petition for Writ of Habeas Corpus (Doc. No. 6) and Judgment (Doc. No. 7) are **VACATED**.

3. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED AS MOOT**.

4. Nothing in this Order adjudicates the merits of Petitioner's adjustment application.

5. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: January 29, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge