# UNITED STATES DISTRICT COURT

## District of Minnesota

Roman Nazarovv

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 26-cv-282 JWB/DLM

Donald J. Trump, Kristi Noem, Todd M. Lyons,
Pamela Bondi, David Easterwood,

Respondents.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Consent Motion to Vacate the January 17, 2026 Order (Doc. No. 9) is **GRANTED**.
2. The Order on Petition for Writ of Habeas Corpus (Doc. No. 6) and Judgment (Doc. No. 7) are **VACATED**.
3. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED AS MOOT**.
4. Nothing in this Order adjudicates the merits of Petitioner's adjustment application.
5. This action is **DISMISSED WITHOUT PREJUDICE**.

Date: 1/29/2026

KATE M. FOGARTY, CLERK